**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| REBECCA HAYNES,<br><br>　Plaintiff,<br><br>NORTHSTAR LOCATIONS SERVICES, LLC,<br><br>　Defendant. | Case No: 2:11-cv-01272-RMG |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, REBECCA HAYNES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: October 14, 2011  KROHN & MOSS, LTD.

By: /s/ Chauntel Bland, Esquire
Chauntel Bland, Esquire
463 Regency Park Drive
Columbia, SC 29210
(803) 319-6262
chauntel.bland@yahoo.com