UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Rebecca Haynes,<br><br>            Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC,<br><br>            Defendant. | CASE NO.: 2:11-cv-01272-RMG<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated between the parties to this action that this case be and hereby is dismissed, discontinued, and forever ended **with prejudice** pursuant to Rule 41 of the <u>Federal Rules of Civil Procedure</u>, with each party to bear their own attorney's fees and costs.

WE STIPULATE:

<u>/s/Chauntel Bland</u>
Chauntel Bland
463 Regency Park Drive
Columbia, SC 29210

<u>/s/Mahadhi Corzano</u>
Mahadhi Corzano
Krohn & Moss, Ltd
10474 Santa Monica Blvd – S401
Los Angeles, CA 90025

ATTORNEYS FOR PLAINTIFF
REBECCA HAYNES

WE STIPULATE:

<u>/s/Jeffrey T. Stover</u>
John S. Wilkerson, III, Fed ID #4657
Jeffrey T. Stover, Fed ID #10868
Turner Padget Graham & Laney P.A.
P.O. Box 22129
Charleston, South Carolina 29413
Telephone: (843) 576-2800

ATTORNEYS FOR DEFENDANT
NORTHSTAR LOCATIONS SERVICES, LLC

November 21, 2011